1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9
                             UNITED STATES DISTRICT COURT
10
                           NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )   Case No. CR 07-0692 MAG
                                         )
14 |       Plaintiff,                    )
                                         )
15 |   v.                                )   **MOTION FOR SUMMONS**
                                         )
16 | RYAN A. BALTODANO,                  )
     IVONNE M. GUERRERO, and             )
17 | ULISES E. SANTOS,                   )
                                         )
18 |       Defendants.                   )
   |_____)

19    Based on the facts set forth in the Declaration of Danielle Crockett in Support of the United

20 States' Motion for Summons, the United States hereby requests that the Court issue a Summons

21 for defendants Ryan Baltodano, 68 Alder Street, San Francisco, CA 94134, Ivonne Guerrero,

22 850

23 //

24 //

25 //

26 //

27 //

28 //

MOTION FOR SUMMONS
Case No. CR 07-0692 MAG

//

Dolores Street, San Francisco, CA 94110, and Ulises Santos, 268 MacDonald Avenue, Daly City, CA 94014.  The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendants to answer the Information that has been filed by the United States Attorney.

                        Respectfully submitted,

                        SCOTT N. SCHOOLS
                        United States Attorney

Dated:  _11/16/2007_____             _____/s/_____
                                            WENDY THOMAS
                                            Special Assistant United States Attorney