1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0692 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| RYAN A. BALTODANO, ) IVONNE M. GUERRERO, and ) ULISES E. SANTOS, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Danielle Crockett, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendants, Ryan Baltodano, 68 Alder Street, San Francisco, CA 94134, Ivonne Guerrero, 850 Dolores Street, San Francisco, CA 94110, and Ulises Santos, 268 MacDonald Avenue, Daly City, CA 94014, to appear on December 14, 2007, at 9:30 a.m. before Magistrate Judge Maria Elena-James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____      _____
                                  BERNARD ZIMMERMAN
                                  United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0692 MAG