1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        )   Case No. CR 07-0692 MAG
                                      )
12 |        Plaintiff,                )
                                      )
13 |    v.                            )   [PROPOSED] ORDER FOR SUMMONS
                                      )
14 | RYAN A. BALTODANO,               )
   | IVONNE M. GUERRERO, and          )
15 | ULISES E. SANTOS,                )
                                      )
16 |        Defendant.                )
                                      )

18   Having reviewed the Declaration of Danielle Crockett, the Court finds that probable cause
19 exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendants, Ryan
21 Baltodano, 68 Alder Street, San Francisco, CA 94134, Ivonne Guerrero, 850 Dolores Street, San
22 Francisco, CA 94110, and Ulises Santos, 268 MacDonald Avenue, Daly City, CA 94014, to
23 appear on December 14, 2007, at 9:30 a.m. before Magistrate Judge Maria Elena-James to
24 answer the Information that has been filed by the United States Attorney.

26   IT IS SO ORDERED.
27   Dated: _November 19, 2007_                    _____
                                                   BERNARD ZIMMERMAN
28                                                 United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0692 MAG