1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY M. THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6809
7      Fax: (415) 436-7234

8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,       )    Case No. CR 07-0692 MAG
13                                 )
           Plaintiff,               )
14                                 )
       v.                          )    **STIPULATION AND** ~~PROPOSED~~
15                                 )    **ORDER FOR CONTINUANCE**
   RYAN A. BALTODANO,              )
16 IVONNE M. GUERRERO, and         )
   ULISES E. SANTOS,               )
17                                 )
           Defendants.              )
18 _____)

19     With the agreement of counsel for both parties, the parties stipulate as follows:

20     1. The parties agree to continue the above referenced matter from April 3, 2008, at 10:00

21 a.m., to May 8, 2008, at 10:00 a.m., for Pretrial Services to complete its assessment of the above-

22 //
23 //
24 //
25 //
26 //
27 //
28 //


[Proposed] Stipulation and Order
CR 07-0692 MAG                              1

referenced defendants' eligibility for Pretrial Diversion.  In the event all parties have entered into diversion agreements by May 8, 2008, the appearance will be vacated.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/3/08                         /s/
WENDY M. THOMAS
Special Assistant United States Attorney

DATED: 4/3/08                         /s/
ERIC HAIRSTON
Attorney for Mr. Santos

DATED: 4/8/08                         /s/
ANTHONY BRASS
Attorney for Ms. Guerrero

DATED: 4/3/08                         /s/
ERIK BABCOCK
Attorney for Mr. Baltodano

IT IS SO ORDERED.

DATED: April 11, 2008                         _____
MARIA ELENA JAMES
United States Magistrate Judge

[Proposed] Stipulation and Order
CR 07-0692 MAG                         2