1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | ACADIA L. SENESE (CABN 251287)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809

7 | Fax: (415) 436-7234
Email: Acadia.Senese@usdoj.gov

8

Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0692 BZ |
| Plaintiff, | |
| v. | MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |
| RYAN BALTODANO, ULISES SANTOS | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States Attorney for the Northern District of California hereby moves to dismiss the captioned Information against the defendants, Ryan Baltodano and Ulises Santos in the interest of justice, without prejudice.

DATED: 3/2/2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ACADIA L. SENESE
Special Assistant United States Attorney

DISMISSAL OF INFORMATION
Case No. CR 07-0692 BZ

1 | Leave of court is granted to file the foregoing dismissals with prejudice.
2 |
3 | DATED: 8 March '11
4 | HON. BERNARD ZIMMERMAN
   | United States Magistrate Judge

DISMISSAL OF INFORMATION
Case No. CR 07-0692 BZ